employer and its insurance carrier. Greenblott, J. P., Staley, Jr., Main, Mikoll and Herlihy, JJ., concur.

(October 29, 1979)

■ In the Matter of THOMAS K. TOPPING, Petitioner, v MARIO J. CATAFFO, Respondent.—Application, pursuant to CPLR article 78, denied and petition dismissed, without costs. Motion for permission to proceed as a poor person and for other relief denied as academic. Mahoney, P. J., Sweeney, Main, Mikoll and Herlihy, JJ., concur.

FOURTH DEPARTMENT, OCTOBER, 1979

(October 26, 1979)

■ R. E. MURPHY REAL ESTATE INC., Respondent, v MANUFACTURERS HANOVER TRUST COMPANY, Appellant.—Order affirmed, with costs, on the opinion at Special Term, Miller, J. All concur; Hancock, Jr., J. P., not participating. (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ In the Matter of JOHN P. WEGERSKI, JR., Petitioner, v LYMAN SMITH, as Presiding Justice of the Extraordinary Special and Trial Term of the Supreme Court of the State of New York, County of Onondaga, et al., Respondents.—Motion unanimously granted and petition dismissed, without costs. (Art 78.) Present—Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CHRISTMAS, Also Known as JAMES BIGSBY, Appellant.—Judgment insofar as it imposes sentence unanimously modified in accordance with memorandum and, as modified, affirmed. Memorandum: Defendant was sentenced on March 3, 1977 to five years' probation on his plea of guilty to criminally negligent homicide. On January 30, 1979 defendant on his own admission was found guilty of violating the terms of his probation in that he moved from his previous address without advising his probation officer. For such violation he was sentenced to an indeterminate term of 0 to 4 years. Under the circumstances the sentence is modified in the interest of justice as a matter of discretion to time served. (CPL 470.15, subd 3, par [c].) (Appeal from judgment of Erie Supreme Court—criminally negligent homicide.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ JAMES H. SCHARF et al., Respondents, v JOHN MYRICK, Appellant.—Judgment unanimously affirmed, with costs, for the reasons stated at Trial Term, Kramer, J. (Appeal from judgment of Cattaraugus Supreme Court—negligence—tax returns.) Present—Cardamone, J. P., Simons, Doerr, Witmer and Moule, JJ.

■ WILLIAM J. BENTLEY et al., Appellants, v COLUMBIA GAS TRANSMISSION CORPORATION, Respondent.—Order unanimously affirmed, with costs, on the memorandum decision at Special Term, Pine, J. (Appeal from order of Steuben Supreme Court—summary judgment.) Present—Cardamone, J. P., Simons, Doerr, Witmer and Moule, JJ.